IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY L. VAUGHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-215 |
| | ) | |
| SHERIFF ROUNDTREE; MAJOR LEVERTT; LT. ELIAM; KITCHENS, Deputy; JUDY, Deputy; and YOUNG, Deputy, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On January 11, 2017, the Court granted Plaintiff, an inmate at Phillips State Prison in Buford, Georgia, permission to proceed *in forma pauperis* conditioned on his return of a Prisoner Trust Fund Account Statement and a Consent to Collection of Fees form. (See doc. no. 3.) Plaintiff has now returned only one of the required documents, the Consent to Collection of Fees form. (Doc. no. 4.)

In relevant part, the Court's January 11th Order stated:

> (2) Plaintiff must sign and date the enclosed **Consent to Collection of Fees from Trust Account**. By signing this form, Plaintiff gives his consent to the collection of the entire filing fee from his prison account in installments, in accordance with the provisions of the Prison Litigation Reform Act.
>
> (3) Plaintiff must return both the **Prisoner Trust Fund Account Statement** and the **Consent to Collection of Fees from Trust Account** to the Clerk within thirty days of this Order.

(Doc. no. 3, p. 3.) Plaintiff shall have until March 7, 2017, to submit the required Prisoner

Trust Fund Account Statement. To facilitate the prompt return of the Account Statement, the Court **DIRECTS** the **CLERK** to enclose a copy of the Prisoner Trust Fund Account Statement with Plaintiff's service copy of this Order as well as serve this Order on Plaintiff's custodian and include a Prisoner Trust Fund Account Statement with that service copy.

SO ORDERED this 14th day of February, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA