IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY L. VAUGHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-215 |
| | ) | |
| SHERIFF ROUNDTREE; MAJOR LEVERTT; LT. ELIAM; KITCHEN, Deputy; JUDY, Deputy; and YOUNG, Deputy, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Plaintiff contends "[i]t didn't dawn on the Plaintiff that he needed to include paper work outside of civil suits though [sic] in file at the federal court." (Id. at 3.) However, Plaintiff's filing history reveals he was well aware of the disclosure requirements because this Court has previously warned him of them. See Vaughns v. Roundtree et al., CV 116-047, doc. nos. 16, 18 (S.D. Ga. Sept. 2016); Vaughns v. Levertt et al., CV 117-005, doc. nos. 8, 10, 13 (S.D. Ga. 2016). Furthermore, the instructions in the complaint form are clear. They ask Plaintiff to "describe *each* lawsuit in the space below," and instruct Plaintiff that "[i]f there is more than one lawsuit, [to] *describe the additional lawsuits on another piece of paper*, using the same outline." (Doc. no. 1, p. 1 (emphasis added).) Plaintiff listed only CV 116-047 and none of his other cases. (Id. at 1-2.) Finally, as the case law cited in the Report and

Recommendation makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 10, p. 3.)

In sum, Plaintiff abused the judicial process by providing dishonest information about his prior filing history. Nothing in these objections changes that fact. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this  16th  day of May, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA