# United States District Court
## Southern District of Georgia

JOHNNY L. VAUGHNS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV116-215

SHERIFF ROUNDTREE; MAJOR LEVERTT; LT. ELIAM; KITCHEN, Deputy; JUDY, Deputy; and YOUNG, Deputy,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 16, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice and this civil action stands CLOSED.



May 16, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk